# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No: 25-CV-80428-DIMITROULEAS/REINHART

All Island Aerial LLC,

        Plaintiff,

        v.

SEScoops LLC,

        Defendant.

_____/

## **JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff All Island Aerial LLC, and Defendant SEScoops LLC, by and through their undersigned counsel, hereby jointly submit the instant response to the Court's August 15, 2025, Order to Show Cause (*DE 21*) regarding the selection of a mediator candidate.

In conjunction with the parties' August 15, 2025, notice (DE 22), the parties have agreed on Carol S. Cope of Salmon & Dulberg Dispute Resolution as the mediator regarding this matter. Counsel believed this to be in accordance with the Court's 14-day deadline stated in the Court's revised scheduling order of August 5, 2025 (DE 20). Additionally, the parties have agreed to conduct the mediation via video conference on November 4, 2025, and have received confirmation from Ms. Cope's office as to the agreed date. To that end, the parties respectfully request that the Court discharge the August 15, 2025, Order to Show Cause and that the Clerk of Court not select an alternative candidate from the list of certified mediators. The parties thank the Court for its consideration of this submission.

Dated: August 21, 2025

| | |
|---|---|
| **JED R. FRIEDMAN, P.A.** | **SANDERS LAW GROUP** |
| By: */s/ Jed R. Friedman* | By: */s/ Joshua D. Vera* |
| Jed R. Friedman, Esq. | Joshua D. Vera, Esq. |
| Florida Bar No. 337500 | Florida Bar No. 1047709 |
| 25 SE 2nd Avenue, Suite 716 | 333 Earle Ovington Blvd, Suite 402 |
| Miami, FL 33131 | Uniondale, NY 11553 |
| Telephone: 305-375-0808 | Tel: (516) 203-7600 |
| E-mail: friedmanlawfirm@gmail.com | Email: jvera@sanderslaw.group |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |